IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Christian Marcelo Flores Vayas,<br><br>                                    Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General, et al.,<br><br>                                    Respondents. | Case No. 0:26-cv-01742-DMT-DJF |

### ORDER GRANTING MOTION TO TRANSFER VENUE

[¶1]     THIS MATTER comes before the Court on a Petition for Writ of Habeas Corpus filed by Petitioner on March 4, 2026. Doc. No. 1. Respondents filed a Joint Motion to Transfer the next day. Doc. No. 4.

[¶2]     Based on Petitioner's statements in the Petition and the parties' statements in the Motion to Transfer, it is evident that Petitioner was in New Mexico on March 4, 2026 when the Petition was filed. See Doc. Nos. 1, ¶ 6; 4, ¶¶ 3-4. Accordingly, this Court lacks subject matter jurisdiction over this case. Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies only in one district: the district of confinement."). Since Petitioner was located in New Mexico when the Petition was filed, transfer to the District of New Mexico is appropriate and in the interest of justice. 28 U.S.C. § 1406(a).

[¶3]     Accordingly, the Court **GRANTS** the parties' Joint Motion to Transfer (Doc. No. 4). This case is **TRANSFERRED** to the United States District Court for the District of New Mexico for all further proceedings and disposition of all remaining motions.

- 2 -

[¶4]  **IT IS SO ORDERED.**

DATED March 5, 2026.

_____
Daniel M. Traynor, District Judge
United States District Court